IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
FEB 2 1 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Criminal No. 18-30025-DRH |
| AMBER J. BRAWLEY, ) | Title 18, United States Code, Section 1709 |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### Theft of Mail by Postal Employee

On or about August 4, 2017, in Madison County, within the Southern District of Illinois,

**AMBER J. BRAWLEY,**

Defendant herein, an employee of the United States Postal Service, did steal and wrongfully remove articles of mail entrusted to her and which came into her possession intended to be conveyed by mail, with the intent to convert to her own use, items that had been placed in the United States mail to be delivered to another, in violation of Title 18, United States Code, Section 1709.

_____
DONALD S. BOYCE
United States Attorney

_____
RANLEY R. KILLIAN
Assistant United States Attorney

Recommended Bond: $5,000 unsecured